IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ANTHONY VELLA,

        Petitioner,                  No. CIV S-07-2635 LEW EFB P

   vs.

KEN CLARK, Warden, et al.,

        Respondents.         ORDER

                               /

      Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254.

      A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a).

      Petitioner has neither paid the fee nor submitted an application for leave to proceed *in forma pauperis*.

      Petitioner has requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing

/////

1

1  Section 2254 Cases.  The court does not find that the interests of justice would be served by the
2  appointment of counsel at this stage of the proceedings.
3      Accordingly, IT IS HEREBY ORDERED that:
4      1.  Within 30 days from the day this order is served, petitioner may submit either the
5  filing fee or the application required by section 1915(a).  Petitioner's failure to comply with this
6  order will result in a recommendation that this action be dismissed.  The Clerk of the Court is
7  directed to mail to  petitioner a form application for leave to proceed *in forma pauperis*.
8      2.  Petitioner's December 7, 2007, request for appointment of counsel is denied without
9  prejudice.
10 Dated:  December 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE