IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ANTHONY VELLA,

    Petitioner,                      No. CIV S-07-2635 JAM EFB P

    vs.

KEN CLARK, Warden, et al.,

    Respondents.                ORDER

_____/

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Respondents request an extension of time in which to file an answer to the petition.  *See* Fed. R. Civ. P. 6.

    Good cause appearing, the June 6, 2008, request for extension of time is granted and respondents shall file a response to the petition no later than July 8, 2008.

    So Ordered.

DATED:  July 1, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE