IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ANTHONY VELLA,

      Petitioner,                      No. CIV S-07-2635 JAM EFB P

    vs.

KEN CLARK, Warden, et al.,

      Respondents.            ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On October 29, 2008, petitioner requested a second extension of time to file and serve an opposition to respondent's July 8, 2008, motion to dismiss. *See* Fed. R. Civ. P. 6(b). On September 11, 2008, this court gave petitioner an additional sixty days in which to file and serve his opposition. However, petitioner now explains that he requires an additional thirty days because he has been denied library access. Petitioner attaches to his motion the law library's denial of his request for library access, which instructs plaintiff to provide court documentation establishing his filing deadline. Petitioner's instant request does not explain why he failed to provide the law library with this court's September 11, 2008 order, which set forth a filing deadline for petitioner. Nonetheless, petitioner's October 29, 2008 motion is granted and petitioner has 30 days from the date this order is served to file and serve a response to

1

1  respondent's July 8, 2008, motion to dismiss.  The court does not intend to grant further
2  extensions of time.
3  DATED: November 12, 2008.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE