IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ANTHONY VELLA,

                    Petitioner,                    No. CIV S-07-2635 JAM EFB P

          vs.

KEN CLARK, et al.,

                    Respondents.          ORDER
_____/

          Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's dismissal of his application for a writ of habeas corpus as untimely.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

          A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1      Where, as here, the petition was dismissed on procedural grounds, a certificate of

2  appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it

3  debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of

4  reason would find it debatable whether the petition states a valid claim of the denial of a

5  constitutional right.'"  Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v.

6  McDaniel, 529 U.S. 473, 484 (2000)).

7      After careful review of the entire record herein, this court finds that petitioner has

8  not satisfied the first requirement for issuance of a certificate of appealability in this case.

9  Specifically, there is no showing that jurists of reason would find it debatable whether

10  petitioner's application for a writ of habeas corpus was untimely.  Accordingly, a certificate of

11  appealability should not issue in this action.

12      Accordingly it is hereby ORDERED that petitioner's request for a certificate of

13  appealability is denied.

14  DATED:   June 23, 2009

15

16                                                    /s/ John A. Mendez
                                                      UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26