IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ANTHONY VELLA,

       Petitioner,              No. CIV S-07-2635 JAM EFB P

     vs.

PEOPLE OF THE STATE OF
CALIFORNIA, et al.,

       Respondents.        <u>ORDER</u>

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

U.S.C. § 2254.  Judgment was entered in this action on April 29, 2009 and this matter is

currently on appeal to the United States Court of Appeals for the Ninth Circuit.  On July 16,

2009, petitioner filed a request to proceed *in forma pauperis* on appeal.  The court file reflects

that petitioner paid the filing fee for this action.

     Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district

court action who desires to proceed *in forma pauperis* on appeal must file a motion in the district

court which:

     (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's
     inability to pay or to give security for fees and costs;
     (B) claims an entitlement to redress; and
     (C) states the issues that the party intends to present on appeal.

1  Fed. R. App. P. 24(a)(1).  On July 16, 2009, petitioner filed the appropriate affidavit which

2  demonstrates his inability to pay or to give security for fees and costs.  Petitioner has not,

3  however, claimed entitlement to redress or described the issues he intends to present on appeal.

4    Accordingly, IT IS HEREBY ORDERED that petitioner's July 16, 2009, request to

5  proceed *in forma pauperis* on appeal is denied without prejudice.  The Clerk of the Court is

6  directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit,

7  and plaintiff is advised that he may file a motion to proceed *in forma pauperis* in the United

8  States Court of Appeals for the Ninth Circuit.  *See* Fed. R. App. Proc. 24(a)(5).

9  DATED:   August 31, 2009

10

11               /s/ John A. Mendez_____

12  _____U. S. District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26